No. 09–10572.  HOOKS *v.* BRANKER, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 09–10573.  GARY *v.* UPTON, WARDEN.  Super. Ct. Butts County, Ga.  Certiorari denied.

No. 09–10580.  FOWLER *v.* FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 09–10583.  HAGINS *v.* SINCLAIR, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 09–10586.  DESANTIAGO *v.* MCCOLLUM, ATTORNEY GENERAL OF FLORIDA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 09–10598.  BLAIR *v.* BLAIR.  Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 09–10599.  BLACK *v.* KELSEY.  Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 09–10601.  DAVIS *v.* BOOKER, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 09–10603.  STEINBURGER *v.* STATE CORRECTIONAL INSTITUTION AT GREENE ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 09–10604.  REVIERE *v.* FLEMING ET AL.  C. A. 9th Cir. Certiorari denied.

No. 09–10606.  VINTON *v.* UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 09–10607.  JONES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 09–10610.  MARTIN *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 09–10615.  BAKER *v.* KENTUCKY.  C. A. 6th Cir.  Certiorari denied.

No. 09–10617.  SHANNON *v.* EVANS, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 09–10621.  QUARTERMAN *v.* BLACKWOOD ET AL.  C. A. 11th Cir.  Certiorari denied.